■ The People of the State of New York, Respondent, v James E. Fox, Appellant. [853 NYS2d 518]—

Present—Scudder, P.J., Hurlbutt, Lunn, Pine and Gorski, JJ.